UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAMON MONTES DE OCA, et al. | : |
| Plaintiffs, | : NO.: 3:17-cv-00837-RDM |
| v. | : |
| IGNACIO BEATO, et al. | : |
| Defendants. | : |

**STIPULATION**

AND NOW this \_\_7th\_\_ day of \_\_July\_\_, 2017, it is hereby STIPULATED and AGREED, by and between all parties, by and through their undersigned counsel, that Plaintiff's Deadline to Respond or amend over to Defendants' Motion to Dismiss is extended for fourteen (14) days.

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
*Attorney for Plaintiff*

/s/ William Longo
William Longo, Esquire
*Attorney for Defendants*

**AND IT IS SO ORDERED.**

_____, J.