IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAMON MONTES DE OCA, et al., | : |
| Plaintiffs, | : |
| v. | : 3:17-CV-837 |
| | : (JUDGE MARIANI) |
| IGNACIO BEATO, et al., | : |
| Defendants. | : |

## ORDER

**AND NOW, THIS 10TH DAY OF JULY, 2018**, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 64) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 64) is **ADOPTED** for the reasons set forth therein.

2. Defendant Toma Abstract's Motion to Dismiss the Claims for Punitive Damages Contained Within the Prayer for Relief (Doc. 40) is **DENIED**.

Robert D. Mariani
United States District Judge