IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RAMON MONTES DE OCA, et al., :
:
    Plaintiffs, :
:
v. : 3:17-CV-837
: (JUDGE MARIANI)
IGNACIO BEATO, et al., :
:
    Defendants. :

## ORDER

**AND NOW, THIS 10TH DAY OF JULY, 2018**, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 65) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 65) is **ADOPTED** for the reasons set forth therein.

2. Defendant Weichert Realtors Trademark's Motion to Dismiss (Doc. 45) is **DENIED**.

_____
Robert D. Mariani
United States District Judge