IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RAMON MONTES DE OCA, et al.,

    Plaintiffs,

v.

    3:17-CV-837
    (JUDGE MARIANI)

IGNACIO BEATO, et al.,

    Defendants.

## ORDER

AND NOW, THIS __6th__ DAY OF FEBRUARY, 2019, upon consideration of Plaintiffs' Motion to Enlarge Scheduling Order (Doc. 83), **IT IS HEREBY ORDERED THAT** Plaintiff's Motion is **GRANTED** as follows:

1. All fact discovery shall be commenced in time to be completed by **May 1, 2019.**

2. All potentially dispositive motions shall be filed no later than **June 3, 2019.** If filing a motion for summary judgment, counsel shall provide the Court with a courtesy copy of that motion, supporting brief, and all accompanying exhibits. Counsel for the non-moving party shall also provide a courtesy copy of the brief in opposition to the motion for summary judgment and all accompanying exhibits.

3. Reports from Plaintiffs' experts shall be due by **June 3, 2019.**

4. Reports from Defendants' experts shall be due by **July 3, 2019.**

5. Supplementations shall be due by **July 18, 2019.**

6. All expert discovery shall be commenced in time to be completed by **September 12, 2019.**

_____
Robert D. Mariani
United States District Judge